AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Import Global, LLC | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| Sediment Buster, LLC, Plumbing Nerds Mfg, LLC, and John Verhoff | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  0:26-cv-62027-MD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sediment Buster, LLC
1502 Railhead Boulevard
Naples, FL 34110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Cole Carlson
Carlson IP Law, LLC
412 E Madison Street
Suite 821
Tampa, FL 33602
cole@carlsoniplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jul 24, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td>Import Global, LLC<br><br><br><br><br><i>Plaintiff(s)</i><br>v.<br><br>Sediment Buster, LLC,<br>Plumbing Nerds Mfg, LLC, and<br>John Verhoff<br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.    0:26-cv-62027-MD</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Plumbing Nerds Mfg, LLC
1502 Railhead Boulevard
Naples, FL 34110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cole Carlson
Carlson IP Law, LLC
412 E Madison Street
Suite 821
Tampa, FL 33602
cole@carlsoniplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Jul 24, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| Import Global, LLC | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Sediment Buster, LLC,<br>Plumbing Nerds Mfg, LLC, and<br>John Verhoff | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  0:26-cv-62027-MD

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Verhoff
24210 Production Cir.
Suite 5
Bonita Springs, FL 34135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cole Carlson
Carlson IP Law, LLC
412 E Madison Street
Suite 821
Tampa, FL 33602
cole@carlsoniplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jul 24, 2026

Angela E. Noble
Clerk of Court

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts