# EXHIBIT G

‹ Performance notifications

January 12, 2026

## Notice: Policy Warning

amazon

Hello Import Global, LLC.,

We removed the listings below.

ASIN: B0GFPRHYKZ
Title: Water Heater Flush Tool – Flushes & Cleans During Tank Draining and Helps Clear Sediment in Electric or Gas Water Heaters – Easy DIY Maintenance Tool
Infringement type: Patent
IP asserted: US 11,084,044 B2
Complaint ID: 19253975201
Rights owner name: Tom Walsh
Rights owner email: tom@walshiplaw.com

Why did this happen?
We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

FEEDBACK ✕

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to review:
-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.
-- A letter of non-infringement from legal counsel.
-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:
-- Rights owner name: Tom Walsh
-- Rights owner email: tom@walshiplaw.com

Have your listings been removed in error?
If you believe there has been an error, please submit an explanation. Your explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property Policy.
-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

FEEDBACK ✕

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

FEEDBACK ✕

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Help | Program Policies | English | Download the Amazon Seller mobile app

© 1999-2026, Amazon.com, Inc. or its affiliates

FEEDBACK ×

‹ View Your Case and Request Log

# Complaint ID: 19253975201 ASIN B0GFPRHYKZ MERCHANT TOKEN A1RII47PPG4GOH

Edit

## Latest Updates

Reply

**Amazon**
abe@globalsourcingus.com

Jan 23, 2026
12:31 PM EST

Hello,

Thank you for your message. We have reviewed the attached files and requested reinstatement of the escalated ASIN accordingly.

Complaint ID: 19253975201
ASIN B0GFPRHYKZ

Please note that this process can take up to 2-3 business days to reflect.

Kind Regards,

Copyright/Trademark Agent
Amazon.com

--

**You**

FEEDBACK ×

Jan 21, 2026
7:51 PM EST

Hello,

ASIN B0GFPRHYKZ was never made live on the Amazon marketplace. The complaint does not appear in Account Health and therefore cannot be addressed through the standard appeal workflow. Please advise on the correct channel to submit this appeal.

**Amazon**
abe@globalsourcingus.com

Jan 20, 2026
1:01 PM EST

Hello,

Thank you for writing. Please submit your appeal using your Account Health Dashboard. Appeals submitted directly to ip-info-request@amazon.com will not be reviewed and may not receive a response.

Best regards,

Copyright/Trademark Agent
Amazon.com

--

FEEDBACK ×

**You**

Jan 17, 2026
10:41 PM EST

Dear Amazon Intellectual Property Team,

I write on behalf of Import Global, LLC regarding Amazon Complaint ID 19253975201 for ASIN B0GFPRHYKZ and the allegation of infringement of U.S. Patent No. 11,084,044 B2. This submission is made in response to Amazon's request for a letter of non-infringement from legal counsel and to support an internal Intellectual Property review.

ASIN B0GFPRHYKZ was never made live on the Amazon marketplace. The complaint does not appear in Account Health and therefore cannot be addressed through the standard appeal workflow. We confirmed with Account Health that when a listing has not gone live, the matter must be handled through Amazon's internal IP review process, and we are therefore submitting this appeal directly for Legal's evaluation.

The '044 Patent contains one independent claim and one dependent claim. The claims are expressly limited to a device that includes "*a compressed gas cartridge*," a limitation added to secure allowance over prior art as reflected in the prosecution history.

Import Global's product associated with ASIN B0GFPRHYKZ: does NOT contain a *compressed gas cartridge*; is not sold with a compressed gas cartridge; does not require use of a compressed gas cartridge to function; and does not instruct or advertise the use of a compressed gas cartridge.

FEEDBACK ×

Accordingly, this required claim limitation is absent. As detailed in the enclosed attorney opinion and supporting record, the product does not infringe any claim of the '044 Patent, either literally or under the doctrine of equivalents, and any attempt to assert equivalence is barred by prosecution history estoppel.

We note that the same legal opinion and exhibits were provided to the complainant (Sediment Buster) on July 12, 2025. The complainant did not respond to or rebut the analysis provided.

Please see attached:

Exhibit A – Counsel Letter / Legal Opinion of Non-Infringement
Exhibit B – U.S. Patent No. 11,084,044 B2
Exhibit C – USPTO Non-Final Office Action
Exhibit D – Prosecution History Amendment
Exhibit E – ASIN B0GFPRHYKZ Product Materials
Exhibit F – Sediment Buster Materials

## Case Summary

**ID:** 19300063281
**Status:** Answered

**Primary e-mail:** abe@globalsourcingus.com
**Cc:**
**Created:** Jan 17, 2026, 10:41 PM EST
Edit

In light of the enclosed counsel opinion and supporting exhibits, we respectfully request that Amazon complete its internal review and reinstate ASIN B0GFPRHYKZ (or, if applicable, given the ASIN was never live, remove/clear the complaint and confirm that the ASIN may be listed).

If any additional information is required to complete your review, please let us know, and we will respond promptly.

Thank you for your time and consideration.

FEEDBACK ×

*MERCHANT TOKEN A1RII47PPG4GOH*
Abe Habosha
Founder at Import Global, LLC and all included brands.
Mobile: 917.244.3326
Abe@importgloballlc.com
IMPORT GLOBAL LLC

CONFIDENTIALITY: The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**Attachments:**
Unknown file of type text/html
EX. D Prosecution History Amendment.pdf
EX. B PATENT 11084044.pdf
EX. A LEGAL OPINION AS TO 044 PATENT.pdf
Complaint 19253975201 By Sediment Buster To Amazon.pdf
EX. C USPTO Patent 11084044 Non-Final Office Action.pdf
EX. F Sediment Buster.pdf
EX. E ASIN B0GFPRHYKZ.pdf



© 1999-2026, Amazon.com, Inc. or its affiliates

FEEDBACK ×

‹ View Your Case and Request Log



# Complaint ID: 19253975201 ASIN B0GFPRHYKZ MERCHANT TOKEN A1RII47PPG4GOH Edit

## Latest Updates

Answered cases cannot be reopened after 5 days with no activity. If you need help with an issue, please contact us

**Amazon**
abe@globalsourcingus.com

Jan 28, 2026
11:22 AM EST

Hello,

Thank you for your message. We have requested reinstatement for both escalated ASINs B0GFPRHYKZ, B0G674JLLB. Please note this process can sometimes take up to 2-3 business days to reflect.

Kind Regards,

Copyright/Trademark Agent
Amazon.com

--

## Case Summary

**ID:** 19300063281
**Status:** Answered

**Primary e-mail:** abe@globalsourcingus.com
**Cc:**
**Created:** Jan 17, 2026, 10:41 PM EST
Edit